1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           EASTERN DISTRICT OF CALIFORNIA

10   Becky Barnes-Boers,                    Case: 2:13-CV-01587-MCE-CMK
11           Plaintiff,
                                            **ORDER FOR DISMISSAL**
12       v.                                 **PURSUANT TO F.R.CIV.P.**
                                            **41 (a) (1)**
13   Dennis L Ullrich, in his individual
14   and representative capacity as
     Trustee, Dennis L Ullrich Separate
15   Property Trust;
     Lost In Chico, a California
16   Corporation; and Does 1-10,

17           Defendants
18
19

20                         __ORDER__
21       Having read the foregoing Stipulation and good cause appearing

22   therefore, this action is hereby ordered dismissed with prejudice, each party

23   to bear their own attorneys' fees and costs.

24   ///
25   ///
26   ///
27   ///
28

                                1

Order for Stipulation for Dismissal      Case: 2:13-CV-01587-MCE-CMK

The court shall retain jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

Dated:  November 26, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Order for Stipulation for Dismissal        Case: 2:13-CV-01587-MCE-CMK