UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Becky Barnes-Boers,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Dennis L Ullrich, in his individual and representative capacity as Trustee, Dennis L Ullrich Separate Property Trust;<br>Lost In Chico, a California Corporation; and Does 1-10,<br><br>　　　　Defendants | Case: 2:13-CV-01587-MCE-CMK<br><br>**ORDER FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

## **ORDER**

　　Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

///

///

///

///

1

---

Order for Stipulation for Dismissal　　　Case: 2:13-CV-01587-MCE-CMK

1 | The court shall retain jurisdiction to enforce the terms of the settlement.
2 |     IT IS SO ORDERED.
3 | Dated: November 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT